PROB 12B  
(7/93)

Report Date: March 27, 2013

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: John Francis Liniger | Case Number: 2:12CR06029-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle | |
| Date of Original Sentence: 10/4/2012 | Type of Supervision: Probation |
| Original Offense: Unlawful Discharge of Pollutants, 33 U.S.C. § 3319 | Date Supervision Commenced: 10/4/2012 |
| Original Sentence: Probation - 60 Months | Date Supervision Expires: 10/3/2017 |

## PETITIONING THE COURT

To modify the conditions of supervision to allow for the removal of the following condition.

19      You shall participate in the home confinement program for 15 months. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day except or employment, education, religious services, medical/dental, cause related matters, court ordered obligations, or other activities as pre approved by the supervising probation officer.

## CAUSE

On October 4, 2012, the defendant appeared before the Court and was sentenced to a 5 year term of probation with the condition to comply with GPS monitoring. The Court directed the U.S. Probation officer to submit a status/recommendation letter 10 days prior to the 6 month mark of supervision to review the need to continue the GPS monitoring.

The defendant has complied with all expectations of GPS monitoring and other conditions of supervised release. At this time it would be respectfully recommended that the requirement for GPS monitoring be removed.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 03/27/2013 |
| | s/David L. McCary |
| | David L. McCary<br>U.S. Probation Officer |

Prob 12B
**Re: Liniger, John Francis**
**March 27, 2013**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Fred Van Sickle
Signature of Judicial Officer

March 27, 2013
Date